UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINE POGOSYAN,<br><br>                Petitioner,<br><br>    v.<br><br>PAMELA BONDI, et al.,<br><br>                Respondents. | Case No. 5:25-cv-03121-SRM-AS<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON PETITIONER'S MOTION FOR A TEMPORARY RESTRAINING ORDER [2]** |

On November 19, 2025, at 9:34 p.m., Petitioner Narine Pogosyan filed a Motion for a Temporary Restraining Order. Dkt. 2. Respondents may submit an opposition to the motion by **November 20, 2025, at 11:59 p.m**. Petitioner may file a reply by **November 21, 2025, at 11:59 p.m**. A hearing is set for **November 25, 2025, at 10:00 a.m.** via Zoom videoconference.

Petitioner's counsel is **ORDERED** to serve a copy of this order via email to the Assistant United States Attorney Daniel A. Beck forthwith.

**IT IS SO ORDERED.**

Dated: November 20, 2025

                                            HON. SERENA R. MURILLO
                                            UNITED STATES DISTRICT JUDGE