UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINE POGOSYAN,<br><br>                Petitioner,<br><br>    v.<br><br>PAMELA BONDI, et al.,<br><br>                Respondents. | Case No. 5:25-cv-03121-SRM-AS<br><br>**ORDER REGARDING PETITIONER'S REQUEST FOR EXPEDITED DECISION ON MOTION FOR A TEMPORARY RESTRAINING ORDER [11]** |

      Before the Court is Petitioner Narine Pogosyan's Request for Expedited Decision on Motion for a Temporary Restraining Order ("Request"). Dkt. 11. In the Request, her attorney states that Petitioner has been relocated from the Adelanto Detention Facility to a field office in Bakersfield, California for an unknown reason. *Id.* at 2–3. Given that Petitioner has been relocated for an unknown reason, Petitioner requests that the Court issue an expedited order on the Motion for a Temporary Restraining Order. *Id.* at 3.

      The Court is aware of the exigent nature of the claims underlying Petitioner's Motion for a Temporary Restraining Order, and it will issue an order forthwith. However, given Petitioner's attorney's representations, the Court concludes it is necessary to issue the following order to preserve the status quo and this Court's jurisdiction over this habeas proceeding pursuant to the All Writs Act, 28 U.S.C. § 1651(a).

Accordingly, the Court **ORDERS** Respondents, their officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with Respondents not to remove Petitioner from the United States of America until the underlying petition is resolved. Respondents are further **ORDERED** to file a declaration from a person with personal knowledge attesting that Petitioner is and will remain in the United States of America until the underlying petition is resolved. That declaration must be filed by December 1, 2025, at 5:00 p.m.

**IT IS SO ORDERED.**

Dated: November 25, 2025

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE