UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINE POGOSYAN,<br><br>               Petitioner,<br><br>   v.<br><br>PAMELA BONDI, et al.,<br><br>               Respondents. | Case No. 5:25-cv-03121-SRM-AS<br><br>**ORDER REQUIRING SUPPLEMENTAL DECLARATION** |

      On December 3, 2025, this Court granted, in part, Petitioner Narine Pogosyan's ("Petitioner") Motion for a Temporary Restraining Order. *See* Dkt. 13. In so doing, the Court ordered Respondents to provide Petitioner with an informal interview by December 10, 2025, as required under 8 C.F.R. § 241.13(i)(3). *Id.* at 16. The Court also ordered Respondents "to submit a declaration from the ICE official *who conducted the interview* by December 12, 2025." *Id.* (emphasis added).

      On December 12, 2025, Respondents filed a Supplemental Response to Order to Show Cause re: Preliminary Injunction: Suggestion of Mootness. *See* Dkt. 15. Attached to it was a declaration from Deportation Officer Ana Juarez. *See* Dkt. 15-1. She declares that on December 9, 2025, "another informal interview was conducted in which POGOSYAN had an opportunity to respond to the reasons for revocation of her OSUP."

*Id.* at 1. Officer Juarez does not claim she conducted the interview. *See id.* To prove this interview occurred, she attaches to her declaration a document titled "Alien Informal Interview Upon Revocation of Order of Supervision Under 8 C.F.R. § 241.4(l); 8 C.F.R. § 241.13(i)." *See* Dkt. 15-2. According to that form, Deportation Officer Noah Kiohak conducted the interview, not Officer Juarez. *See id.* Respondents have not provided a declaration from Officer Kiohak.

On December 15, 2025, Petitioner filed her Reply to Respondents' Opposition to OSC re: Preliminary Injunction. *See* Dkt. 16. Attached to the Reply is a declaration from her second attorney, James Pham ("Pham"). *See* Dkt. 16-1. Pham attests that Petitioner received an informal interview on December 9, 2025, and that he was present telephonically. *Id.* at 2. According to Pham, Supervisory Detention and Deportation Officer Gilbert conducted the interview and asked Petitioner the questions. *Id.* A few days later, Pham declares he met with Petitioner who told him there was another deportation officer present at the informal interview, but that she did not know his name. *Id.*

Based on the Court's review of the record, it appears that Officer Juarez was not the officer who conducted the interview on December 9, 2025. Accordingly, Respondents are **ORDERED** to file a supplemental declaration from the officer or officers who conducted the informal interview with Pogosyan on December 9, 2025. The supplemental declaration or declarations are due **December 29, 2025**. The Court cautions Respondents and their attorneys that failure to comply with this order may result in monetary sanctions.

**IT IS SO ORDERED.**

Dated: December 18, 2025

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE